

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

WILL-DRILL RESOURCES, INC.                                    PLAINTIFF

V.                                                  CASE NO. _2:04-CV-248BrSu_

SIGNAL, LLC, et al.                                           DEFENDANTS

## COMPLAINT

COMES NOW, Will-Drill Resources, Inc. (Will-Drill) by and through its attorneys, and files this Complaint for declaratory judgment, to remove clouds on title, and for damages for the following reasons:

## PARTIES

1.      The Plaintiff in this case is Will-Drill Resources, Inc., a Louisiana corporation domiciled at 416 Travis Street, Suite 1200, Shreveport, Louisiana 71101. Will-Drill is qualified to do business in the State of Mississippi.

2.      The following parties are Defendants in this case and are domiciled at, and may be served with process, at the following respective addresses:

      a.      Signal, LLC
          4273 I-55 North, Ste. 1-A
          Jackson, MS 39206-6157

      b.      Gulf Coast Mineral, LLC
          302 W. 8th Street
          Gulfshores, AL 36542

      c.      David L. Perkins
          218 Carmel Avenue
          Jackson, MS

      d.      Heirs and Estate of X. M. Frascogna
          6350 I-55 North
          Jackson, MS 39211

e.      Lloyd G. Spivey
        P. O. Box 8
        Canton, MS  39046-0008

f.      J. C. Burgess, Sr.
        211 South Railroad Ave.
        Brookhaven, MS  39601

g.      J. C. Burgess, Jr.
        211 South Railroad Ave.
        Brookhaven, MS  39601

h.      Norris Bowie
        P. O. Box 1039
        LaPlata, Maryland  20646

i.      Hale E. Roberts, Sr.
        619 Highland Colony Pky
        Ridgeland, MS 39157

j.      Louis Mullen
        P. O. Box 929
        Brookhaven, MS  39602-0929

k.      Robert E. Jones
        P. O. Box 888
        Brookhaven, MS  39602-0888

l.      Marion Buchanan
        2435 N. Cheryl Dr.
        Jackson, MS  39211

m.      Cooper Bryant
        1084 Parkwood Place
        Jackson, MS  39206

n.      Mortco, Inc.
        8700 Crownhill Rd., Suite 800
        San Antonio, TX  78209

o.      Jerry T. Johnston
        220 North Timber St.
        Brandon, Ms. 39042

## JURISDICATION AND VENUE

3.     This case concerns a dispute as to title to certain oil, gas and mineral leases located in Section 29, Township 9 North, Range 19 West, Jefferson Davis County, Mississippi between citizens of different states.   The amount in controversy exceeds $75,000.  This Court has jurisdiction pursuant to 28 USC § 1332 and venue is proper under 28 USC §1391(a)(2).

## FACTS

4.     In the years 1976 through 1979, the mineral leases, which are the subject of this litigation, were taken from owners of mineral interests in Section 29, Township 9 North, Range 19 West.  These leases, and original parties thereto (Lessor and Lessee), are described in Exhibit A, attached hereto.  Each of these leases created a leasehold interest in the minerals owned by the Lessor which continued after the primary term, for as long as certain production or operations continued as per the term of the lease.   By assignments and other transfers, the Defendants now appear to own a working interest in each of the leases as indicated for each Defendant in Exhibit A (Current WI Record Owners).

5.     Since August 2002, there has been no production from any well on lands under these leases or on lands unitized therewith.  Furthermore, Plaintiff would show that there have not been sufficient operations to maintain these leases, under their terms, since production ceased.

6.     Beginning in October, 2003, Will-Drill has been acquiring oil, gas and mineral leases taken from the current mineral owners in said Section 29.  The leases acquired and held by Will-Drill are identified in Exhibit B hereto.  These leases were taken from Lessors, or their successors, who executed the Leases identified on Exhibit A,

which have now terminated. As the leasehold owner of said interests in Section 29, Will-Drill has standing to make these claims raised in this litigation.

7.     Will-Drill has made written demand on each Defendant to release each lease in which they have an interest.

## COUNT I

## REQUEST FOR DECLARATORY JUDGMENT

8.     Pursuant to Fed. R. Civ. Pro. 57, the Court can and should issue the following declaratory judgments:

A.     The oil, gas and mineral leases identified and described in Exhibit A have terminated or expired due to lack of production and/or operations as required under their terms.

B.     Each Defendant who has a current working interest ownership in any of the leases that have terminated and fails to comply with Miss. Code Ann. § 89-5-23 (Supp. 2003), shall forfeit the sum of One Hundred Dollars ($100.00) for each lease in which they own an interest.

## COUNT II

## REMOVAL OF CLOUDS FROM PLAINTIFF'S TITLE

9.     Pursuant to Miss. Code Ann. § 11-17-31, Plaintiff hereby request that the oil and gas leases identified in Exhibit A hereto be cancelled of record as a cloud on Plaintiff's paramount title, under the leases described in Exhibit B, to the leasehold interest of those minerals in Section 29.

## COUNT III

## DAMAGES

10.     Pursuant to Miss. Code Ann. § 89-5-23(2), each Defendant, who failed or refused to release or cancel said oil, gas and mineral leases on the record upon Plaintiff's demand, should be required to pay to the Plaintiff the sum of One Hundred Dollars ($100.00) for each lease in which they hold record title leasehold interest.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court issue a declaratory judgment that

(a)     the oil, gas and mineral leases identified and described in Exhibit A have terminated or expired due to lack of production and/or operations as required under their terms; and

(b)     Each Defendant who is a Current WI Owner of any of the leases that have terminated and fails to comply with Miss. Code Ann. § 89-5-23 (Supp. 2003), shall forfeit the sum of One Hundred Dollars ($100.00) for each lease in which they own an interest.

Plaintiff further prays that this Court cancel of record all leases identified in Exhibit A hereto, as a cloud on the paramount title to the working interests of Plaintiff in Section 29. Plaintiff further prays that this Court award to Plaintiff, from each Defendant, the sum of One Hundred Dollars ($100.00) for each lease in which each Defendant holds a record title leasehold working interest for the failure to cancel said oil, gas and mineral lease upon demand under Miss. Code Ann. § 89-5-23(2).

Plaintiff prays for such other general or equitable relief as the Court may deem proper.

Respectfully submitted,

WILL-DRILL RESOURCES, INC.

By: _____
One of Its Attorneys

OF COUNSEL:

Jefferson D. Stewart (MSB #7902)
J. Jeffrey Trotter (MSB #9670)
Adams and Reese LLP
P. O. Box 24297
Jackson, MS  39225-4297
Phone: 601/353-3234

# EXHIBIT A
# TERMINATED LEASES

| Tr/ Lse# | Bk/Pg | Lessor | Lessee | Current WI Record Owner | Date |
|---|---|---|---|---|---|
| 1-1 | 97/526 | Rose Helen Hutchins Lee | David L. Perkins | David L. Perkins Signal, LLC Gulf Coast Minerals, LLC X.M. Frascogna Lloyd G. Spivey | 12-Jul-76 |
| 1-2 | 97/529 | Mary Nell Hutchins Riley | David L. Perkins | David L. Perkins Signal, LLC Gulf Coast Minerals, LLC X.M. Frascogna Lloyd G. Spivey | 12-Jul-76 |
| 1-3 & 2-1 | 97/55 | Maggie Bell H. Nesbit | Marion Corporation | Signal, LLC Gulf Coast Minerals, LLC | 16-Jun-76 |
| 1-4 | 97/661 | G.M. McLendon | Jessie C. Williams | Signal, LLC Gulf Coast Minerals, LLC Or JC Burgess, Sr., J.C. Burgess, Jr., Norris Bowie, Hale E. Roberts | 19-Jul-76 |
| 1-5 | 97/655 | D.E. Grubbs | J.C. Burgess, Jr. | Signal, LLC Gulf Coast Minerals, LLC Twelve-Four-II, Ltd or JC Burgess, Sr., Louis Mullen, Robert Jones | 9-Jul-76 |
| 1-6 & 2-2 | 97/653 | Margaret Cole Berry, et ux. | J.C. Burgess, Jr. | Signal, LLC Gulf Coast Minerals, LLC Twelve-Four-II, Ltd Or JC Burgess, Sr., Louis Mullen, Robert Jones | 3-Jul-76 |
| 1-8 | 102/246 | Etta Cole Daughdrill | Jerry T. Johnston | Signal, LLC Gulf Coast Minerals, LLC Jerry T. Johnston | 3-Dec-76 |
| 1-9 | 110/546 | Nancy Ann Smith Wynne | Marion Corporation | Signal, LLC Gulf Coast Minerals, LLC | 4-Apr-77 |
| 1-10 | 111/586 | Mrs. Jonnie M. Clark | Cooper Bryant | Signal, LLC Gulf Coast Minerals, LLC Marion Buchanan Cooper Bryant | 14-Jun-77 |
| 4-1 | 96/756 | Robert R. and Iva W. Hutchins | Jerry T. Johnston | Signal, LLC Gulf Coast Minerals, LLC Jerry T. Johnston | 24-Jun-76 |
| 5-1 | 97/282 | Iona H. Hutchins, James D. Hutchins II, Mrs. R. L. Fortenberry, Mrs. James Bridges, Charles Walter Hutchins, and Ruth Hutchins | Jerry T. Johnston | Signal, LLC Gulf Coast Minerals, LLC Jerry T. Johnston | 1-Jul-76 |

# EXHIBIT A
## TERMINATED LEASES

| Tr/ Lse# | Bk/Pg | Lessor | Lessee | Current WI Record Owner | Date |
|---|---|---|---|---|---|
| 6-1 | 110/546 | Nancy Ann Smith Wynne | Marion Corporation | Signal, LLC<br>Gulf Coast Minerals, LLC | 4-Apr-77 |
| 7-1 | 97/7 | Norvelle Ann Hutchins Stephens et vir., Roy Stephens | Jerry T. Johnston | Signal, LLC<br>Gulf Coast Minerals, LLC<br>Jerry T. Johnston | 24-Jun-76 |
| 8-1 | 97/273 | Iona H. Hutchins, James D. Hutchins II, Mrs. R. L. Fortenberry, Mrs. James Bridges, Charles Walter Hutchins, and Ruth Hutchins | Jerry T. Johnston | Signal, LLC<br>Gulf Coast Minerals, LLC<br>Jerry T. Johnston | 1-Jul-76 |
| 11-1 | 115/576 | Betty D. Mortimer, Glenn G. Mortimer III, Anne M. Ballantyne and Mary Mortimer Campbell and the Citizen State Bank of Corpus Christi, Trustees for the Charles Campbell Trust and the Colin Campbell Trust | Mortco, Inc. | Mortco, Inc. or Signal, LLC<br>Gulf Coast Minerals, LLC | 3-Oct-77 |
| 11-2 | 115/167 | Ridgway Management, Inc. | Marion Corporation | Signal, LLC<br>Gulf Coast Minerals, LLC | 11-Oct-77 |
| 11-3 | 115/165 | Minerals Management Inc., a Mississippi Corporation, represented herein by E. B. McGehee, Vice President, and Dorothy F. Curtis, Assistant Secretary | Marion Corporation | Signal, LLC<br>Gulf Coast Minerals, LLC | 11-Oct-77 |
| 11-4 | 115/163 | First National Bank of Jackson and C. R. Ridgway Jr., Trustees of the Estate of W. E. McGehee | Marion Corporation | Signal, LLC<br>Gulf Coast Minerals, LLC | 11-Oct-77 |
| 11-5 | 115/161 | First National Bank of Jackson and C. R. Ridgway Jr., Trustee of the Estate of Della A. McGehee | Marion Corporation | Signal, LLC<br>Gulf Coast Minerals, LLC | 11-Oct-77 |
| 12-4 | 108/603 | Leola Daughdrill Coggin | Marion Corporation | Signal, LLC<br>Gulf Coast Minerals, LLC | 5-Apr-77 |
| 12-5 | 108/605 | Ausby Daughdrill | Marion Corporation | Signal, LLC<br>Gulf Coast Minerals, LLC | 5-Apr-77 |
| 12-6 | 108/607 | Ener Lee Daughdrill Hemby | Marion Corporation | Signal, LLC<br>Gulf Coast Minerals, LLC | 5-Apr-77 |
| 12-7 | 108/609 | George Robert Daughdrill | Marion Corporation | Signal, LLC<br>Gulf Coast Minerals, LLC | 5-Apr-77 |
| 12-9 | 109/9 | Ina Mae Daughdrill Jones | Marion Corporation | Signal, LLC<br>Gulf Coast Minerals, LLC | 7-Apr-77 |
| 12-11 | 110/200 | James Daughdrill | Marion Corporation | Signal, LLC<br>Gulf Coast Minerals, LLC | 7-Apr-77 |
| 12-12 | 110/467 | Gladys Hurst | Marion Corporation | Signal, LLC<br>Gulf Coast Minerals, LLC | 19-May-77 |

## EXHIBIT A
## TERMINATED LEASES

| Tr/ Lse# | Bk/Pg | Lessor | Lessee | Current WI Record Owner | Date |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 12-14 | 110/471 | Janice Roberts | Marion Corporation | Signal, LLC Gulf Coast Minerals, LLC | 20-May-77 |
| 12-16 | 110/475 | Rev. Kenneth Roberts | Marion Corporation | Signal, LLC Gulf Coast Minerals, LLC | 20-May-77 |

Exhibit A
Page 3 of 3

# EXHIBIT B
## PLAINTIFF'S LEASES

| Tr/ Lse # | Bk/Pg | Lessor | Lessee | Date |
|---|---|---|---|---|
| 1-1 | 243/11 | Rose Helen Hutchins Lee | Bienville Land Services, Inc. | 14-Oct-03 |
| 1-2 | 241/653 | George H. Riley, Jr. | Bienville Land Services, Inc. | 14-Oct-03 |
| 1-2 | 241/658 | Jo Ann Riley | Bienville Land Services, Inc. | 14-Oct-03 |
| 1-2 | 242/332 | John Mark Riley, Sr. | Bienville Land Services, Inc. | 14-Oct-03 |
| 1-2 | 241/703 | Mary Nell Riley Myers | Bienville Land Services, Inc. | 14-Oct-03 |
| 1-2 | 241/708 | Joe Riley | Bienville Land Services, Inc. | 14-Oct-03 |
| 1-2 | | Sabra Ann Riley Sullivan | Bienville Land Services, Inc. | 14-Oct-03 |
| 1-3 & 2-1 | 241/632 | Bradley Craig Morris and Elizabeth Ann Morris | Bienville Land Services, Inc. | 8-Jul-03 |
| 1-4 | 241/668 | Mrs. E. E. Thrash | Bienville Land Services, Inc. | 3-Oct-03 |
| 1-4 | 241/638 | Betty Bowen | Bienville Land Services, Inc. | 3-Oct-03 |
| 1-5 | 241/663 | Grace Grubbs | Bienville Land Services, Inc. | 16-Oct-03 |
| 1-6 | 241/683 | Francis Little | Bienville Land Services, Inc. | 10-Jul-03 |
| 1-8 | 241/723 | Josephine Cascio Daughdrill, agent and attorney-in-fact for Hubbard Daughdrill | Bienville Land Services, Inc. | 16-Oct-03 |
| 1-9 & 6-1 | 241/629 | Nancy Ann Smith Chandler, Trustee of the Nancy Ann Smith Chandler Trust | Bienville Land Services, Inc. | 19-Dec-03 |
| 1-10 | 242/159 | Betty Dixon and Ernie Clark, Joint Conservators for Jonnie M. Clark | Bienville Land Services, Inc. | 19-Dec-03 |
| 4-1 | 241/718 | Minada O. Johnston, Tr. F/b/o Bobbie P. Hutchins Trust u/w/o Iva W. Hutchins | Will-Drill Resources, Inc. | |
| 5-1 & 8-1 | 241/688 | Patsy M. Hutchins | Bienville Land Services, Inc. | 9-Jul-03 |
| 5-1 & 8-1 | 242/165 | Charles Walter Hutchins | Bienville Land Services, Inc. | 23-Dec-03 |
| 5-1 & 8-1 | 241/713 | James R. Bridges and Mary Ellen Bridges | Bienville Land Services, Inc. | 6-Oct-03 |
| 5-1 & 8-1 | 241/693 | Gwendolyn Hutchins Fortenberry and Robert L. Fortenberry | Bienville Land Services, Inc. | 10-Jul-03 |
| 5-1 & 8-1 | 241/673 | Ruth Ellen Bridges | Bienville Land Services, Inc. | 6-Oct-03 |
| 6-1 | | Nancy Ann Smith Chandler Trust | Bienville Land Services, Inc. | 12-Dec-03 |
| 7-1 | 241/678 | Norvelle Ann Hutchins Stephens and Roy Stephens | Bienville Land Services, Inc. | 8-Jul-03 |

Exhibit B
Page 1 of 2

# EXHIBIT B
## PLAINTIFF'S LEASES

| Tr/ Lse # | Bk/Pg | Lessor | Lessee | Date |
|---|---|---|---|---|
| 11-1 | | Glenn G. Mortimer, III | Bienville Land Services, Inc. | 19-Dec-02 |
| 11-1 | | Anne Minor Mortimer Ballantyne | Bienville Land Services, Inc. | 19-Dec-02 |
| 11-1 | | Dorchester Royalty Corporation | Bienville Land Services, Inc. | 19-Dec-02 |
| 11-2 | 243/38 | Ridgway Management, Inc. | Will-Drill Resources, Inc. | 17-Feb-04 |
| 11-3 | 243/85 | Minerals Management, Inc. | Will-Drill Resources, Inc. | 20-Mar-04 |
| 11-4 | 243/41 | C. R. Ridgway, IV and Trustmark National Bank of Jackson, Co-Trustees of the Trust under the will of W. E. McGehee | Will-Drill Resources, Inc. | 17-Feb-04 |
| 11-5 | 243/44 | C. R. Ridgway, IV and Trustmark National Bank of Jackson, Co-Trustees of the Trust under the will of Della A. McGehee | Will-Drill Resources, Inc. | 17-Feb-04 |
| 12-4 | | Rosaline C. Martin | Bienville Land Services, Inc. | 6-Nov-03 |
| 12-5 | 242/317 | Ausby Daughdrill | Bienville Land Services, Inc. | 6-Nov-03 |
| 12-6 | 242/302 | Ener Lee Hemby | Bienville Land Services, Inc. | 6-Nov-03 |
| 12-7 | 242/312 | George Robert Daughdrill | Bienville Land Services, Inc. | 6-Nov-03 |
| 12-9 | 242/435 | William Jones | Bienville Land Services, Inc. | 4-Nov-03 |
| 12-9 | 242/455 | Robert Jones | Bienville Land Services, Inc. | 4-Nov-03 |
| 12-9 | 242/450 | Betty Rose Chisom | Bienville Land Services, Inc. | 4-Nov-03 |
| 12-9 | 242/445 | James Lavell Jones | Bienville Land Services, Inc. | 4-Nov-03 |
| 12-11 | 242/327 | James Daughdrill | Bienville Land Services, Inc. | 6-Nov-03 |
| 12-12 | 242/307 | Gladys Hurst Leto | Bienville Land Services, Inc. | 16-Oct-03 |
| 12-16 | 242/297 | Kenneth Roberts | Bienville Land Services, Inc. | 16-Oct-03 |

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

2:04-CV-248 BrSu

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

WILL-DRILL RESOURCES, INC.

## DEFENDANTS

SIGNAL, LLC, ET AL.

**(b)** County of Residence of First Listed Plaintiff   Bossier Parish, Louisiana
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed   Hinds County, Mississippi
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**FILED**

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Jefferson D. Stewart (MSB 7902) & J. Jeffrey Trotter (MSB 9670)
Adams and Reese LLP, P.O. Box 24297 Jackson, MS 39225-4297,
(601) 353-3234

Attorneys (If Known)

**JUL 27 2004**

J T NOBLIN, CLERK
BY_____ DEPUTY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | | **LABOR** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 890 Other Statutory Actions |
| ☒ 290 All Other Real Property | | ☐ 550 Civil Rights | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

| | |
|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 USC 1332 and 28 USC 1391(a)(2) - Diversity Jurisdiction

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION DEMAND UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE 7/23/04

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 1H007937   AMOUNT 150.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____