

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG  DIVISION

WILL-DRILL RESOURCES                                                    PLAINTIFF

VERSUS                               CIVIL ACTION NO. 2:04cv248KS-JMR

SIGNAL                                                                  DEFENDANT

ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case,

and the Court being desirous that this matter be finally closed on its docket,

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice

as to all parties. If any party fails to consummate this settlement within 200 days, any aggrieved

party may reopen the case for enforcement of the settlement agreement within ten days, and if

successful , all additional attorneys' fees and costs from this date shall be awarded such aggrieved

party or parties against the party failing to consummate the agreement, The Court specifically

retains jurisdiction to enforce the settlement agreement.

SO ORDERED, this the 9th  day of February , 2006.


s/John M.Roper.Sr,.
UNITED STATES MAGISTRATE JUDGE